# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

HELEN R. REYES

     Plaintiff,

v.

FMS, INC.

     Defendant.

Case No.  6:19-cv-00536-ADA-JCM

Honorable Magistrate Judge Jeffrey C. Manske

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff HELEN R. REYES, and the Defendant, FMS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against FMS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 26, 2020

Respectfully Submitted,

**HELEN R. REYES**

*/s/ Nathan C. Volheim*
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**FMS, INC.**

/s/ Charles R. Penot (*with consent*)
Charles R. Penot
*Counsel for Defendant*
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, Texas 75202
Phone: (214) 741-3009
Phone: (214) 741-3055
cpenot@sessions.legal

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim