# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| HELEN R. REYES,<br><br>    Plaintiff,<br>v.<br><br>FMS, INC.,<br><br>    Defendant. | Case No:  6:19-cv-00536-ADA-JCM |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, HELEN R. REYES ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: May 27, 2020

_____
ALAN D ALBRIGHT
U.S. DISTRICT JUDGE